IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **SAHARA CAMPBELL**, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No.: 2:22-cv-199 |
| | : | |
| v. | : | |
| | : | |
| **PREMIERFIRST HOME HEALTH CARE INC.**, *et al.*, | : | Magistrate Judge Jolson |
| | : | |
| Defendant. | : | |

## JUDGMENT ENTRY

This matter is before the Court for consideration of the relief requested in Plaintiffs' Cross-Motion to Enforce the Settlement Agreement (Doc. 106), as well as Plaintiffs' Motion for an Award of Attorneys' Fees for Defendants' Breach of the Parties' Settlement Agreement. (Doc. 111). Per the Court's May 6, 2025, Opinion and Order, granting in part Plaintiffs' Cross-Motion to Enforce the Settlement Agreement (Doc. 110), the Court enters judgment in Plaintiffs' favor against all Defendants as follows:

1. On April 5, 2025, Defendants were required to make a payment of $250,000 under the terms of the Parties' Settlement Agreement.

2. Defendants missed their deadline to make that payment in accordance with the Settlement Agreement.

3. As a result, the Court finds that Defendants breached the Settlement Agreement (*see* Doc. 110), and now **ENTERS JUDGMENT** in Plaintiffs' favor.

4. The Court **AWARDS** Plaintiffs the following remedies:

    a. **Pre-judgment interest in the amount of $1,698.63.** *See* Ohio Rev. Code § 1343.03(A); Ohio Rev. Code § 5703.47.

    b. **An award of attorneys' fees in the amount of $5,694.00.**

    c. **Post-judgment interest,** commending on May 6, 2025, at the applicable statutory rate until the Court's order is satisfied. *See* 28 U.S.C. § 1961. Post-judgment interest is awarded on the entire judgment amount, including pre-judgment interest and attorneys' fees. *Caffey v. Unum Life Ins. Co.*, 302 F.3d 576, 586–91 (6th Cir. 2002).

IT IS SO ORDERED.

Date:  May 20, 2025                          /s/ Kimberly A. Jolson  
                                                         KIMBERLY A. JOLSON  
                                                         UNITED STATES MAGISTRATE JUDGE